<tyf AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____Western_____ District of _____Virginia_____

<tyf CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 1 9 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

United States of America )
v. )
Robert Henry Perkins, Jr. )
) Case No: 4:00CR70127-001
) USM No: 09229-084
Date of Previous Judgment: November 7, 2001 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____114_____ months **is reduced to** _____(see comments)_____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: ___29___        Amended Offense Level: ___27___
Criminal History Category: ___III___     Criminal History Category: ___III___
Previous Guideline Range: __108__ to __135__ months    Amended Guideline Range: __87__ to __108__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Amended Sentence: 93 months OR time served, whichever is longer.

Except as provided above, all provisions of the judgment dated ___11/7/2001___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/19/08

Effective Date: ~~3/13/08~~ 3/29/08
(if different from order date)

/s/ Jackson L. Kiser
Judge's signature

Jackson L. Kiser, Senior United States District Judge
Printed name and title

<tyf Case 4:00-cr-70127-JLK   Document 26   Filed 03/19/08   Page 1 of 1   Pageid#: 18